## Inez Guess, Administratrix of Estate of Charles Ural Guess, Deceased, Appellee, v. New York Central Railroad Company, Appellant.

opinion filed June 1, 1943; rehearing denied July 8, 1943. Donald A. Miller, for appellant; D. L. Duty, Chas. D. Winters and Joe Crain, for appellee. Opinion by JUSTICE STONE. "Not to be published in full."